08-00467 MJJ

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Jonathan Lee Riches©,
Plaintiff

V.

Jamie Lee Curtis,
Michael Myers,
Defendants

Civ. No. JJ
550

Complaint

Comes now Plaintiff Jonathan Lee Riches©, moves under 42 USC 1983, I'm being biased against going home for Christmas and Halloween holidays, this is a Civil Rights violation. Myers is after me with a butcher knife, I'm scared. I seek $4 million and protection from solitary.

Respectfully
Submitted
Jonathan Lee Riches©