

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

**(PR)**

Dear Sir or Madam:

Your complaint has been filed as civil case number _____.

✓A filing fee of $350.00 is now due.  If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's <u>In Forma Pauperis</u> Application in its entirety.  If the application is granted, you will not have to prepay the fee, but it will be taken out of income to your prisoner account in installments.

Your complaint is deficient because you did not pay the filing fee and:

1. ✔  you did not file an <u>In Forma Pauperis</u> Application.

2. ____  the <u>In Forma Pauperis</u> Application you submitted is insufficient because:

    _____ You did not use the correct form.  You must submit this court's current Prisoner's <u>In Forma Pauperis</u> Application.

    _____ Your <u>In Forma Pauperis</u> Application was not completed in its entirety.

    _____ You did not sign your <u>In Forma Pauperis</u> Application.

    _____ You did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison.

    _____ You did not attach a copy of your prisoner trust account statement showing transactions for the last six months.

    _____ Other _____

Enclosed you will find this court's current Prisoner's <u>In Forma Pauperis</u> Application, which includes a Certificate of Funds in Prisoner's Account form, and a return envelope for your convenience.

**Warning: YOU MUST RESPOND TO THIS NOTICE.  If you do not respond within THIRTY DAYS  from the filing date stamped above, your action will be DISMISSED, the file closed and the entire filing fee will become due immediately.  Filing a Prisoner's <u>In Forma Pauperis</u> Application will allow the court to determine whether installment payment of the filing fee should be allowed.**

Sincerely,
RICHARD W. WIEKING, Clerk,

By_____

**SIMONE VOLTZ**

Deputy Clerk

rev. 11/07                                          **RICHES**

**(PR)**

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

Dear Sir or Madam:

0 4 4

Your complaint has been filed as civil case number_____.

✓A filing fee of $350.00 is now due. If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's In Forma Pauperis Application in its entirety. If the application is granted, you will not have to prepay the fee, but it will be taken out of income to your prisoner account in installments.

Your complaint is deficient because you did not pay the filing fee and:

1.  ✔  you did not file an In Forma Pauperis Application.

2. _____ the In Forma Pauperis Application you submitted is insufficient because:

_____ You did not use the correct form. You must submit this court's current Prisoner's In Forma Pauperis Application.

_____ Your In Forma Pauperis Application was not completed in its entirety.

_____ You did not sign your In Forma Pauperis Application.

_____ You did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison.

_____ You did not attach a copy of your prisoner trust account statement showing transactions for the last six months.

_____ Other _____

Enclosed you will find this court's current Prisoner's In Forma Pauperis Application, which includes a Certificate of Funds in Prisoner's Account form, and a return envelope for your convenience.

**Warning: YOU MUST RESPOND TO THIS NOTICE. If you do not respond within THIRTY DAYS from the filing date stamped above, your action will be DISMISSED, the file closed and the entire filing fee will become due immediately. Filing a Prisoner's In Forma Pauperis Application will allow the court to determine whether installment payment of the filing fee should be allowed.**

Sincerely,
RICHARD W. WIEKING, Clerk,

By___ **SIMONE VOLTZ**
Deputy Clerk

rev. 11/07                                                    **RICHES**

**(PR)**

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
**MJJ**

Dear Sir or Madam:

Your complaint has been filed as civil case number _____.

✓A filing fee of $350.00 is now due. If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's In Forma Pauperis Application in its entirety. If the application is granted, you will not have to prepay the fee, but it will be taken out of income to your prisoner account in installments.

Your complaint is deficient because you did not pay the filing fee and:

1. ✓ you did not file an In Forma Pauperis Application.

2. ____ the In Forma Pauperis Application you submitted is insufficient because:

    ____ You did not use the correct form. You must submit this court's current Prisoner's In Forma Pauperis Application.

    ____ Your In Forma Pauperis Application was not completed in its entirety.

    ____ You did not sign your In Forma Pauperis Application.

    ____ You did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison.

    ____ You did not attach a copy of your prisoner trust account statement showing transactions for the last six months.

    ____ Other _____

Enclosed you will find this court's current Prisoner's In Forma Pauperis Application, which includes a Certificate of Funds in Prisoner's Account form, and a return envelope for your convenience.

**Warning: YOU MUST RESPOND TO THIS NOTICE. If you do not respond within THIRTY DAYS from the filing date stamped above, your action will be DISMISSED, the file closed and the entire filing fee will become due immediately. Filing a Prisoner's In Forma Pauperis Application will allow the court to determine whether installment payment of the filing fee should be allowed.**

Sincerely,
RICHARD W. WIEKING, Clerk,

By **SIMONE VOLTZ**

Deputy Clerk

rev. 11/07                                    **RICHES**

**MJJ**

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

**(PR)**

Dear Sir or Madam:

C 08 0446

Your complaint has been filed as civil case number_____.

✓A filing fee of $350.00 is now due.  If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's In Forma Pauperis Application in its entirety.  If the application is granted, you will not have to prepay the fee, but it will be taken out of income to your prisoner account in installments.

Your complaint is deficient because you did not pay the filing fee and:

1. ✔ you did not file an In Forma Pauperis Application.

2. ____ the In Forma Pauperis Application you submitted is insufficient because:

_____ You did not use the correct form.  You must submit this court's current Prisoner's In Forma Pauperis Application.

_____ Your In Forma Pauperis Application was not completed in its entirety.

_____ You did not sign your In Forma Pauperis Application.

_____ You did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison.

_____ You did not attach a copy of your prisoner trust account statement showing transactions for the last six months.

_____ Other _____

Enclosed you will find this court's current Prisoner's In Forma Pauperis Application, which includes a Certificate of Funds in Prisoner's Account form, and a return envelope for your convenience.

**Warning: YOU MUST RESPOND TO THIS NOTICE.  If you do not respond within THIRTY DAYS  from the filing date stamped above, your action will be DISMISSED, the file closed and the entire filing fee will become due immediately.  Filing a Prisoner's In Forma Pauperis Application will allow the court to determine whether installment payment of the filing fee should be allowed.**

Sincerely,
RICHARD W. WIEKING, Clerk,

**SIMONE VOLTZ**

By_____
                    Deputy Clerk

rev. 11/07

**RICHES**

**MJJ**

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

**(PR**

Dear Sir or Madam:                                    C 08    044

Your complaint has been filed as civil case number _____.

✓A filing fee of $350.00 is now due. If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's In Forma Pauperis Application in its entirety. If the application is granted, you will not have to prepay the fee, but it will be taken out of income to your prisoner account in installments.

Your complaint is deficient because you did not pay the filing fee and:

1. ✓ you did not file an In Forma Pauperis Application.

2. ____ the In Forma Pauperis Application you submitted is insufficient because:

    ____ You did not use the correct form. You must submit this court's current Prisoner's In Forma Pauperis Application.

    ____ Your In Forma Pauperis Application was not completed in its entirety.

    ____ You did not sign your In Forma Pauperis Application.

    ____ You did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison.

    ____ You did not attach a copy of your prisoner trust account statement showing transactions for the last six months.

    ____ Other _____

Enclosed you will find this court's current Prisoner's In Forma Pauperis Application, which includes a Certificate of Funds in Prisoner's Account form, and a return envelope for your convenience.

**Warning: YOU MUST RESPOND TO THIS NOTICE. If you do not respond within THIRTY DAYS from the filing date stamped above, your action will be DISMISSED, the file closed and the entire filing fee will become due immediately. Filing a Prisoner's In Forma Pauperis Application will allow the court to determine whether installment payment of the filing fee should be allowed.**

Sincerely,

RICHARD W. WIEKING, Clerk

SIMONE VOLTZ

By_____

Deputy Clerk

rev. 11/07                                        **RICHES**

**MJJ**

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

**(PR)**

Dear Sir or Madam:

**C 08 0449**

Your complaint has been filed as civil case number _____.

✓A filing fee of $350.00 is now due. If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's In Forma Pauperis Application in its entirety. If the application is granted, you will not have to prepay the fee, but it will be taken out of income to your prisoner account in installments.

Your complaint is deficient because you did not pay the filing fee and:

1. ✔️ you did not file an In Forma Pauperis Application.

2. _____ the In Forma Pauperis Application you submitted is insufficient because:

      _____ You did not use the correct form. You must submit this court's current Prisoner's In Forma Pauperis Application.

      _____ Your In Forma Pauperis Application was not completed in its entirety.

      _____ You did not sign your In Forma Pauperis Application.

      _____ You did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison.

      _____ You did not attach a copy of your prisoner trust account statement showing transactions for the last six months.

      _____ Other _____

Enclosed you will find this court's current Prisoner's In Forma Pauperis Application, which includes a Certificate of Funds in Prisoner's Account form, and a return envelope for your convenience.

**Warning: YOU MUST RESPOND TO THIS NOTICE. If you do not respond within THIRTY DAYS from the filing date stamped above, your action will be DISMISSED, the file closed and the entire filing fee will become due immediately. Filing a Prisoner's In Forma Pauperis Application will allow the court to determine whether installment payment of the filing fee should be allowed.**

Sincerely,

RICHARD W. WIEKING, Clerk

SIMONE VOLTZ

By_____

Deputy Clerk

**RICHES**

rev. 11/07

**MJJ**

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

**(PR)**

Dear Sir or Madam:

Your complaint has been filed as civil case number _____.

✓A filing fee of $350.00 is now due. If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's <u>In Forma Pauperis</u> Application in its entirety. If the application is granted, you will not have to prepay the fee, but it will be taken out of income to your prisoner account in installments.

Your complaint is deficient because you did not pay the filing fee and:

1. ✔ you did not file an <u>In Forma Pauperis</u> Application.

2. ____ the <u>In Forma Pauperis</u> Application you submitted is insufficient because:

     _____ You did not use the correct form. You must submit this court's current Prisoner's <u>In Forma Pauperis</u> Application.

     _____ Your <u>In Forma Pauperis</u> Application was not completed in its entirety.

     _____ You did not sign your <u>In Forma Pauperis</u> Application.

     _____ You did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison.

     _____ You did not attach a copy of your prisoner trust account statement showing transactions for the last six months.

     _____ Other _____

Enclosed you will find this court's current Prisoner's <u>In Forma Pauperis</u> Application, which includes a Certificate of Funds in Prisoner's Account form, and a return envelope for your convenience.

**Warning: YOU MUST RESPOND TO THIS NOTICE. If you do not respond within THIRTY DAYS from the filing date stamped above, your action will be DISMISSED, the file closed and the entire filing fee will become due immediately. Filing a Prisoner's <u>In Forma Pauperis</u> Application will allow the court to determine whether installment payment of the filing fee should be allowed.**

Sincerely,
RICHARD W. WIEKING, Clerk,

SIMONE VOLTZ

By_____
           Deputy Clerk

rev. 11/07

**RICHES**

**MJJ**

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA



Dear Sir or Madam:

Your complaint has been filed as civil case number

✓A filing fee of $350.00 is now due. If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's <u>In Forma Pauperis</u> Application in its entirety. If the application is granted, you will not have to prepay the fee, but it will be taken out of income to your prisoner account in installments.

Your complaint is deficient because you did not pay the filing fee and:

1.  ✓   you did not file an <u>In Forma Pauperis</u> Application.

2.  ____   the <u>In Forma Pauperis</u> Application you submitted is insufficient because:

_____ You did not use the correct form. You must submit this court's current Prisoner's <u>In Forma Pauperis</u> Application.

_____ Your <u>In Forma Pauperis</u> Application was not completed in its entirety.

_____ You did not sign your <u>In Forma Pauperis</u> Application.

_____ You did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison.

_____ You did not attach a copy of your prisoner trust account statement showing transactions for the last six months.

_____ Other _____

Enclosed you will find this court's current Prisoner's <u>In Forma Pauperis</u> Application, which includes a Certificate of Funds in Prisoner's Account form, and a return envelope for your convenience.

**Warning: YOU MUST RESPOND TO THIS NOTICE. If you do not respond within THIRTY DAYS from the filing date stamped above, your action will be DISMISSED, the file closed and the entire filing fee will become due immediately. Filing a Prisoner's <u>In Forma Pauperis</u> Application will allow the court to determine whether installment payment of the filing fee should be allowed.**

Sincerely,
RICHARD W. WIEKING, Clerk,

By _____ **SIMONE VOLTZ**

Deputy Clerk

rev. 11/07

**RICHES**

**MJJ**

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

Dear Sir or Madam:                    C  08  045?

Your complaint has been filed as civil case number_____ **(PR)**

✔A filing fee of $350.00 is now due.  If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's In Forma Pauperis Application in its entirety.  If the application is granted, you will not have to prepay the fee, but it will be taken out of income to your prisoner account in installments.

Your complaint is deficient because you did not pay the filing fee and:

1. ✔ you did not file an In Forma Pauperis Application.

2. ____ the In Forma Pauperis Application you submitted is insufficient because:

    _____ You did not use the correct form.  You must submit this court's current Prisoner's In Forma Pauperis Application.

    _____ Your In Forma Pauperis Application was not completed in its entirety.

    _____ You did not sign your In Forma Pauperis Application.

    _____ You did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison.

    _____ You did not attach a copy of your prisoner trust account statement showing transactions for the last six months.

    _____ Other _____

Enclosed you will find this court's current Prisoner's In Forma Pauperis Application, which includes a Certificate of Funds in Prisoner's Account form, and a return envelope for your convenience.

**Warning: YOU MUST RESPOND TO THIS NOTICE.  If you do not respond within THIRTY DAYS  from the filing date stamped above, your action will be DISMISSED, the file closed and the entire filing fee will become due immediately.  Filing a Prisoner's In Forma Pauperis Application will allow the court to determine whether installment payment of the filing fee should be allowed.**

Sincerely,
RICHARD W. WIEKING, Clerk,

By_____ **SIMONE VOLTZ**
                    Deputy Clerk

rev. 11/07                              **RICHES**

**MJJ**

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

**(PR)**

Dear Sir or Madam:

C 08 0452

Your complaint has been filed as civil case number _____.

✓A filing fee of $350.00 is now due. If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's In Forma Pauperis Application in its entirety. If the application is granted, you will not have to prepay the fee, but it will be taken out of income to your prisoner account in installments.

Your complaint is deficient because you did not pay the filing fee and:

1. ✔ you did not file an In Forma Pauperis Application.

2. ____ the In Forma Pauperis Application you submitted is insufficient because:

   _____ You did not use the correct form. You must submit this court's current Prisoner's In Forma Pauperis Application.

   _____ Your In Forma Pauperis Application was not completed in its entirety.

   _____ You did not sign your In Forma Pauperis Application.

   _____ You did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison.

   _____ You did not attach a copy of your prisoner trust account statement showing transactions for the last six months.

   _____ Other _____

Enclosed you will find this court's current Prisoner's In Forma Pauperis Application, which includes a Certificate of Funds in Prisoner's Account form, and a return envelope for your convenience.

**Warning: YOU MUST RESPOND TO THIS NOTICE. If you do not respond within THIRTY DAYS from the filing date stamped above, your action will be DISMISSED, the file closed and the entire filing fee will become due immediately. Filing a Prisoner's In Forma Pauperis Application will allow the court to determine whether installment payment of the filing fee should be allowed.**

Sincerely,
RICHARD W. WIEKING, Clerk,

By **SIMONE VOLTZ** _____
Deputy Clerk

rev. 11/07                                    **RICHES**

**MJJ**

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

**(PR)**

Dear Sir or Madam:                    C 8    0454

Your complaint has been filed as civil case number _____.

✓A filing fee of $350.00 is now due. If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's In Forma Pauperis Application in its entirety. If the application is granted, you will not have to prepay the fee, but it will be taken out of income to your prisoner account in installments.

Your complaint is deficient because you did not pay the filing fee and:

1. ✓____ you did not file an In Forma Pauperis Application.

2. ____ the In Forma Pauperis Application you submitted is insufficient because:

      ____ You did not use the correct form. You must submit this court's current Prisoner's In Forma Pauperis Application.

      ____ Your In Forma Pauperis Application was not completed in its entirety.

      ____ You did not sign your In Forma Pauperis Application.

      ____ You did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison.

      ____ You did not attach a copy of your prisoner trust account statement showing transactions for the last six months.

      ____ Other _____

Enclosed you will find this court's current Prisoner's In Forma Pauperis Application, which includes a Certificate of Funds in Prisoner's Account form, and a return envelope for your convenience.

**Warning: YOU MUST RESPOND TO THIS NOTICE. If you do not respond within THIRTY DAYS from the filing date stamped above, your action will be DISMISSED, the file closed and the entire filing fee will become due immediately. Filing a Prisoner's In Forma Pauperis Application will allow the court to determine whether installment payment of the filing fee should be allowed.**

Sincerely,
RICHARD W. WIEKING, Clerk,

By **SIMONE VOLTZ**
_____
Deputy Clerk

rev. 11/07                    **RICHES**

# UNITED STATES DISTRICT COURT **MJJ**
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

**(PR)**

Dear Sir or Madam:

Your complaint has been filed as civil case number_____.

✓A filing fee of $350.00 is now due. If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's In Forma Pauperis Application in its entirety. If the application is granted, you will not have to prepay the fee, but it will be taken out of income to your prisoner account in installments.

Your complaint is deficient because you did not pay the filing fee and:

1. ✔ you did not file an In Forma Pauperis Application.

2. _____ the In Forma Pauperis Application you submitted is insufficient because:

_____ You did not use the correct form. You must submit this court's current Prisoner's In Forma Pauperis Application.

_____ Your In Forma Pauperis Application was not completed in its entirety.

_____ You did not sign your In Forma Pauperis Application.

_____ You did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison.

_____ You did not attach a copy of your prisoner trust account statement showing transactions for the last six months.

_____ Other _____

Enclosed you will find this court's current Prisoner's In Forma Pauperis Application, which includes a Certificate of Funds in Prisoner's Account form, and a return envelope for your convenience.

**Warning: YOU MUST RESPOND TO THIS NOTICE. If you do not respond within THIRTY DAYS from the filing date stamped above, your action will be DISMISSED, the file closed and the entire filing fee will become due immediately. Filing a Prisoner's In Forma Pauperis Application will allow the court to determine whether installment payment of the filing fee should be allowed.**

Sincerely,
RICHARD W. WIEKING, Clerk,

By_____ **SIMONE VOLTZ**

Deputy Clerk

rev. 11/07

**RICHES**

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

Dear Sir or Madam:

Your complaint has been filed as civil case number_____.

A filing fee of $350.00 is now due. If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's In Forma Pauperis Application in its entirety. If the application is granted, you will not have to prepay the fee, but it will be taken out of income to your prisoner account in installments.

Your complaint is deficient because you did not pay the filing fee and:

1. ✔ you did not file an In Forma Pauperis Application.

2. ____ the In Forma Pauperis Application you submitted is insufficient because:

    ____ You did not use the correct form. You must submit this court's current Prisoner's In Forma Pauperis Application.

    ____ Your In Forma Pauperis Application was not completed in its entirety.

    ____ You did not sign your In Forma Pauperis Application.

    ____ You did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison.

    ____ You did not attach a copy of your prisoner trust account statement showing transactions for the last six months.

    ____ Other _____

Enclosed you will find this court's current Prisoner's In Forma Pauperis Application, which includes a Certificate of Funds in Prisoner's Account form, and a return envelope for your convenience.

**Warning: YOU MUST RESPOND TO THIS NOTICE. If you do not respond within THIRTY DAYS from the filing date stamped above, your action will be DISMISSED, the file closed and the entire filing fee will become due immediately. Filing a Prisoner's In Forma Pauperis Application will allow the court to determine whether installment payment of the filing fee should be allowed.**

                    Sincerely,
                    RICHARD W. WIEKING, Clerk,

                    By_____ **SIMONE VOLTZ**
                           Deputy Clerk

rev. 11/07                         **RICHES**

# UNITED STATES DISTRICT COURT    **MJJ**
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

Dear Sir or Madam:

C 08 — 0 4 5 7

Your complaint has been filed as civil case number_____.

✓A filing fee of $350.00 is now due. If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's In Forma Pauperis Application in its entirety. **(PR** the application is granted, you will not have to prepay the fee, but it will be taken out of income to your prisoner account in installments.

Your complaint is deficient because you did not pay the filing fee and:

1. ✔ you did not file an In Forma Pauperis Application.

2. _____ the In Forma Pauperis Application you submitted is insufficient because:

    _____ You did not use the correct form. You must submit this court's current Prisoner's In Forma Pauperis Application.

    _____ Your In Forma Pauperis Application was not completed in its entirety.

    _____ You did not sign your In Forma Pauperis Application.

    _____ You did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison.

    _____ You did not attach a copy of your prisoner trust account statement showing transactions for the last six months.

    _____ Other _____

Enclosed you will find this court's current Prisoner's In Forma Pauperis Application, which includes a Certificate of Funds in Prisoner's Account form, and a return envelope for your convenience.

**Warning: YOU MUST RESPOND TO THIS NOTICE. If you do not respond within THIRTY DAYS from the filing date stamped above, your action will be DISMISSED, the file closed and the entire filing fee will become due immediately. Filing a Prisoner's In Forma Pauperis Application will allow the court to determine whether installment payment of the filing fee should be allowed.**

        Sincerely,
        RICHARD W. WIEKING, Clerk,

        By_____ **SIMONE VOLTZ**
            Deputy Clerk

rev. 11/07                     **RICHES**

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

**(PR)**

Dear Sir or Madam:

# C  08 ⊤ 0459

Your complaint has been filed as civil case number _____.

✓A filing fee of $350.00 is now due.  If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's In Forma Pauperis Application in its entirety.  If the application is granted, you will not have to prepay the fee, but it will be taken out of income to your prisoner account in installments.

Your complaint is deficient because you did not pay the filing fee and:

1. ✔ you did not file an In Forma Pauperis Application.

2. ____ the In Forma Pauperis Application you submitted is insufficient because:

_____ You did not use the correct form.  You must submit this court's current Prisoner's In Forma Pauperis Application.

_____ Your In Forma Pauperis Application was not completed in its entirety.

_____ You did not sign your In Forma Pauperis Application.

_____ You did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison.

_____ You did not attach a copy of your prisoner trust account statement showing transactions for the last six months.

_____ Other _____

Enclosed you will find this court's current Prisoner's In Forma Pauperis Application, which includes a Certificate of Funds in Prisoner's Account form, and a return envelope for your convenience.

**Warning: YOU MUST RESPOND TO THIS NOTICE.  If you do not respond within THIRTY DAYS  from the filing date stamped above, your action will be DISMISSED, the file closed and the entire filing fee will become due immediately.  Filing a Prisoner's In Forma Pauperis Application will allow the court to determine whether installment payment of the filing fee should be allowed.**

Sincerely,
RICHARD W. WIEKING, Clerk,

By _____ **SIMONE VOLTZ**
　　　　　　　　Deputy Clerk

rev. 11/07                                                **RICHES**

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

**MJJ**

Dear Sir or Madam:

Your complaint has been filed as civil case number_____ **(PR)**

✓A filing fee of $350.00 is now due. If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's In Forma Pauperis Application in its entirety. If the application is granted, you will not have to prepay the fee, but it will be taken out of income to your prisoner account in installments.

Your complaint is deficient because you did not pay the filing fee and:

1. ✔  you did not file an In Forma Pauperis Application.

2. ____ the In Forma Pauperis Application you submitted is insufficient because:

      _____ You did not use the correct form. You must submit this court's current Prisoner's In Forma Pauperis Application.

      _____ Your In Forma Pauperis Application was not completed in its entirety.

      _____ You did not sign your In Forma Pauperis Application.

      _____ You did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison.

      _____ You did not attach a copy of your prisoner trust account statement showing transactions for the last six months.

      _____ Other _____

Enclosed you will find this court's current Prisoner's In Forma Pauperis Application, which includes a Certificate of Funds in Prisoner's Account form, and a return envelope for your convenience.

**Warning: YOU MUST RESPOND TO THIS NOTICE. If you do not respond within THIRTY DAYS from the filing date stamped above, your action will be DISMISSED, the file closed and the entire filing fee will become due immediately. Filing a Prisoner's In Forma Pauperis Application will allow the court to determine whether installment payment of the filing fee should be allowed.**

Sincerely,

RICHARD W. WIEKING, Clerk,

**SIMONE VOLTZ**

By_____

Deputy Clerk

rev. 11/07

**RICHES**

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

**(PR)**

Dear Sir or Madam:

C 08 0461

Your complaint has been filed as civil case number_____.

✓A filing fee of $350.00 is now due. If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's In Forma Pauperis Application in its entirety. If the application is granted, you will not have to prepay the fee, but it will be taken out of income to your prisoner account in installments.

Your complaint is deficient because you did not pay the filing fee and:

1. ✓ you did not file an In Forma Pauperis Application.

2. ____ the In Forma Pauperis Application you submitted is insufficient because:

_____ You did not use the correct form. You must submit this court's current Prisoner's In Forma Pauperis Application.

_____ Your In Forma Pauperis Application was not completed in its entirety.

_____ You did not sign your In Forma Pauperis Application.

_____ You did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison.

_____ You did not attach a copy of your prisoner trust account statement showing transactions for the last six months.

_____ Other ____ _____

Enclosed you will find this court's current Prisoner's In Forma Pauperis Application, which includes a Certificate of Funds in Prisoner's Account form, and a return envelope for your convenience.

**Warning: YOU MUST RESPOND TO THIS NOTICE. If you do not respond within THIRTY DAYS from the filing date stamped above, your action will be DISMISSED, the file closed and the entire filing fee will become due immediately. Filing a Prisoner's In Forma Pauperis Application will allow the court to determine whether installment payment of the filing fee should be allowed.**

Sincerely,
RICHARD W. WIEKING, Clerk,

**SIMONE VOLTZ**

By_____

Deputy Clerk

rev. 11/07                                             **RICHES**

**MJJ**

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

Dear Sir or Madam:

Your complaint has been filed as civil case number _____.

*(PR*

✓A filing fee of $350.00 is now due. If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's <u>In Forma Pauperis</u> Application in its entirety. If the application is granted, you will not have to prepay the fee, but it will be taken out of income to your prisoner account in installments.

Your complaint is deficient because you did not pay the filing fee and:

1. ✔ you did not file an <u>In Forma Pauperis</u> Application.

2. ____ the <u>In Forma Pauperis</u> Application you submitted is insufficient because:

_____ You did not use the correct form. You must submit this court's current Prisoner's <u>In Forma Pauperis</u> Application.

_____ Your <u>In Forma Pauperis</u> Application was not completed in its entirety.

_____ You did not sign your <u>In Forma Pauperis</u> Application.

_____ You did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison.

_____ You did not attach a copy of your prisoner trust account statement showing transactions for the last six months.

_____ Other _____

Enclosed you will find this court's current Prisoner's <u>In Forma Pauperis</u> Application, which includes a Certificate of Funds in Prisoner's Account form, and a return envelope for your convenience.

**Warning: YOU MUST RESPOND TO THIS NOTICE. If you do not respond within THIRTY DAYS from the filing date stamped above, your action will be DISMISSED, the file closed and the entire filing fee will become due immediately. Filing a Prisoner's <u>In Forma Pauperis</u> Application will allow the court to determine whether installment payment of the filing fee should be allowed.**

Sincerely,
RICHARD W. WIEKING, Clerk,

By **SIMONE VOLTZ**
       Deputy Clerk

**RICHES**

rev. 11/07

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA



**MJJ**

Dear Sir or Madam:

Your complaint has been filed as civil case number _____

✓A filing fee of $350.00 is now due.  If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's In Forma Pauperis Application in its entirety.  If the application is granted, you will not have to prepay the fee, but it will be taken out of income **(PR)** to your prisoner account in installments.

Your complaint is deficient because you did not pay the filing fee and:

1. ___✓___ you did not file an In Forma Pauperis Application.

2. _____ the In Forma Pauperis Application you submitted is insufficient because:

    _____ You did not use the correct form.  You must submit this court's current Prisoner's In Forma Pauperis Application.

    _____ Your In Forma Pauperis Application was not completed in its entirety.

    _____ You did not sign your In Forma Pauperis Application.

    _____ You did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison.

    _____ You did not attach a copy of your prisoner trust account statement showing transactions for the last six months.

    _____ Other _____

Enclosed you will find this court's current Prisoner's In Forma Pauperis Application, which includes a Certificate of Funds in Prisoner's Account form, and a return envelope for your convenience.

**Warning: YOU MUST RESPOND TO THIS NOTICE.  If you do not respond within THIRTY DAYS from the filing date stamped above, your action will be DISMISSED, the file closed and the entire filing fee will become due immediately.  Filing a Prisoner's In Forma Pauperis Application will allow the court to determine whether installment payment of the filing fee should be allowed.**

Sincerely,
RICHARD W. WIEKING, Clerk,

By_____ **SIMONE VOLTZ**
          Deputy Clerk

rev. 11/07                         **RICHES**

**MJJ**

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

Dear Sir or Madam:

**C  08**⁻  **0 ꞌ ꞌ 54 (PR)**

Your complaint has been filed as civil case number_____.

✓A filing fee of $350.00 is now due. If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's In Forma Pauperis Application in its entirety. If the application is granted, you will not have to prepay the fee, but it will be taken out of income to your prisoner account in installments.

Your complaint is deficient because you did not pay the filing fee and:

1. ✓ you did not file an In Forma Pauperis Application.

2. ____ the In Forma Pauperis Application you submitted is insufficient because:

_____ You did not use the correct form. You must submit this court's current Prisoner's In Forma Pauperis Application.

_____ Your In Forma Pauperis Application was not completed in its entirety.

_____ You did not sign your In Forma Pauperis Application.

_____ You did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison.

_____ You did not attach a copy of your prisoner trust account statement showing transactions for the last six months.

_____ Other _____

Enclosed you will find this court's current Prisoner's In Forma Pauperis Application, which includes a Certificate of Funds in Prisoner's Account form, and a return envelope for your convenience.

**Warning: YOU MUST RESPOND TO THIS NOTICE. If you do not respond within THIRTY DAYS from the filing date stamped above, your action will be DISMISSED, the file closed and the entire filing fee will become due immediately. Filing a Prisoner's In Forma Pauperis Application will allow the court to determine whether installment payment of the filing fee should be allowed.**

Sincerely,
RICHARD W. WIEKING, Clerk,

By_____**SIMONE VOLTZ**
Deputy Clerk

rev. 11/07                                                                 **RICHES**

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

Dear Sir or Madam:

Your complaint has been filed as civil case number

✓A filing fee of $350.00 is now due. If you are unable to pay the entire filing fee at this time, you **(PR)** must sign and complete this court's Prisoner's In Forma Pauperis Application in its entirety. If the application is granted, you will not have to prepay the fee, but it will be taken out of income to your prisoner account in installments.

Your complaint is deficient because you did not pay the filing fee and:

1. ✓ you did not file an In Forma Pauperis Application.

2. ____ the In Forma Pauperis Application you submitted is insufficient because:

    ____ You did not use the correct form. You must submit this court's current Prisoner's In Forma Pauperis Application.

    ____ Your In Forma Pauperis Application was not completed in its entirety.

    ____ You did not sign your In Forma Pauperis Application.

    ____ You did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison.

    ____ You did not attach a copy of your prisoner trust account statement showing transactions for the last six months.

    ____ Other _____

Enclosed you will find this court's current Prisoner's In Forma Pauperis Application, which includes a Certificate of Funds in Prisoner's Account form, and a return envelope for your convenience.

**Warning: YOU MUST RESPOND TO THIS NOTICE. If you do not respond within THIRTY DAYS from the filing date stamped above, your action will be DISMISSED, the file closed and the entire filing fee will become due immediately. Filing a Prisoner's In Forma Pauperis Application will allow the court to determine whether installment payment of the filing fee should be allowed.**

Sincerely,

RICHARD W. WIEKING, Clerk,
SIMONE VOLTZ

By_____

Deputy Clerk

rev. 11/07                                **RICHES**

**MJJ**

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

Dear Sir or Madam:

C 08 0466

Your complaint has been filed as civil case number_____.

✓A filing fee of $350.00 is now due. If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's In Forma Pauperis Application in its entirety. If the application is granted, you will not have to prepay the fee, but it will be taken out of income to your prisoner account in installments.

**(PR)**

Your complaint is deficient because you did not pay the filing fee and:

1. ✔ you did not file an In Forma Pauperis Application.

2. ____ the In Forma Pauperis Application you submitted is insufficient because:

     ____ You did not use the correct form. You must submit this court's current Prisoner's In Forma Pauperis Application.

     ____ Your In Forma Pauperis Application was not completed in its entirety.

     ____ You did not sign your In Forma Pauperis Application.

     ____ You did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison.

     ____ You did not attach a copy of your prisoner trust account statement showing transactions for the last six months.

     ____ Other _____

Enclosed you will find this court's current Prisoner's In Forma Pauperis Application, which includes a Certificate of Funds in Prisoner's Account form, and a return envelope for your convenience.

**Warning: YOU MUST RESPOND TO THIS NOTICE. If you do not respond within THIRTY DAYS from the filing date stamped above, your action will be DISMISSED, the file closed and the entire filing fee will become due immediately. Filing a Prisoner's In Forma Pauperis Application will allow the court to determine whether installment payment of the filing fee should be allowed.**

Sincerely,

RICHARD W. WIEKING, Clerk,

**SIMONE VOLTZ**

By_____

Deputy Clerk

rev. 11/07

**RICHES**

**MJJ**

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

Dear Sir or Madam:

Your complaint has been filed as civil case number _____.

C 08 . 0467

✓A filing fee of $350.00 is now due. If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's In Forma Pauperis Application in its entirety. If the application is granted, you will not have to prepay the fee, but it will be taken out of income to your prisoner account in installments.

**(PR)**

Your complaint is deficient because you did not pay the filing fee and:

1. ✔ you did not file an In Forma Pauperis Application.

2. ____ the In Forma Pauperis Application you submitted is insufficient because:

_____ You did not use the correct form.  You must submit this court's current Prisoner's In Forma Pauperis Application.

_____ Your In Forma Pauperis Application was not completed in its entirety.

_____ You did not sign your In Forma Pauperis Application.

_____ You did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison.

_____ You did not attach a copy of your prisoner trust account statement showing transactions for the last six months.

_____ Other _____

Enclosed you will find this court's current Prisoner's In Forma Pauperis Application, which includes a Certificate of Funds in Prisoner's Account form, and a return envelope for your convenience.

**Warning: YOU MUST RESPOND TO THIS NOTICE.  If you do not respond within THIRTY DAYS from the filing date stamped above, your action will be DISMISSED, the file closed and the entire filing fee will become due immediately.  Filing a Prisoner's In Forma Pauperis Application will allow the court to determine whether installment payment of the filing fee should be allowed.**

Sincerely,

RICHARD W. WIEKING, Clerk,

By____ **SIMONE VOLTZ**

Deputy Clerk

rev. 11/07

**RICHES**